UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TIFFANY FORD                                                                                          PLAINTIFF

V.                                                                          CIVIL ACTION NO. 4:07CV65 DPJ-JCS

GLOBAL EXPERTISE OUTSOURCING, INC.
D/B/A THE GEO CORP., INC.                                                                      DEFENDANT

JUDGMENT

For the reasons given in the order entered in this cause on this date granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of November, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE